M. P. No. 74-337. IN RE JOSEPH FRANCIS WALSH. Pro se petition of Joseph Francis Walsh for an extraordinary writ denied. *Joseph Francis Walsh,* petitioner, pro se. *Julius C.*

*Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.